UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MOHAMMED RAMZEY MAHOOD AL-HIJAZI, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) Case No.: 4:18-cv-01812-KOB-HNJ |
| KIRSTJEN NIELSON, Secretary of Homeland Security, et al., | ) ) ) ) |
| Respondents. | ) |

## MEMORANDUM OPINION

Petitioner, Mohammed Ramzey Mahood Al-Hijazi, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging the legality of his continued detention by federal immigration authorities pending his removal from the United States under the Immigration and Nationality Act. (*See* Doc. 1). Respondents move to dismiss the action as moot based on Petitioner's December 20, 2018, release from ICE custody. (Doc. 10).

Respondents support the motion with a declaration by Bryan S. Pitman, an ICE Supervisory Detention and Deportation Officer. (Doc. 10-1). Pitman's review of Petitioner's detention history on the ICE database confirms his December 20, 2018, release. A certified copy of Petitioner's detention history obtained from the official U.S. Immigration and Customs Enforcement ("ICE") database corroborates Pitman's testimony.

Petitioner's release on an Order of Supervision renders his petition seeking that very relief moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"); *see also Spencer v. Kemna*, 523 U.S. 1, 7-8 (1998) (once a habeas petitioner is released from custody, he must demonstrate collateral consequences to avoid mootness doctrine). Accordingly, this matter is due to be dismissed. *Khader v. Holder*, 843 F. Supp. 2d 1202, 1202 (N.D. Ala. 2011).

The court will enter a separate Final Order.

DONE and ORDERED this 11th day of March, 2019.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE